**Complaint Synopsis**
2:23-mj-00203-KFW

| | |
|---|---|
| **Name:** | Matthew Brackley |
| **Address:** (City & State Only) | Waldoboro, Maine |
| **Year of Birth and Age:** | 1983, 39 years old |
| **Violations:** | **Count 1:** Assaulting, Resisting, or Impeding Certain Officers. *See* 18 U.S.C. § 111(a)(1). This is a Class D felony. *See* 18 U.S.C. § 3559(a)(4).<br><br>**Count 2:** Civil Disorder. *See* 18 U.S.C. § 231(a)(3). This is a Class D felony. *See* 18 U.S.C. § 3559(a)(4).<br><br>**Count 3:** Entering and Remaining in a Restricted Building or Grounds. *See* 18 U.S.C. § 1752(a)(1). This is a Class A misdemeanor. *See* 18 U.S.C. § 3559(a)(6).<br><br>**Count 4:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds. *See* 18 U.S.C. § 1752(a)(2). This is a Class A misdemeanor. *See* 18 U.S.C. § 3559(a)(6).<br><br>**Count 5:** Engaging in Physical Violence in a Restricted Building or Grounds. *See* 18 U.S.C. § 1752(a)(4). This is a Class A misdemeanor. *See* 18 U.S.C. § 3559(a)(6).<br><br>**Count 6:** Disorderly Conduct in a Capitol Building. *See* 40 U.S.C. § 5104(e)(2)(D). This is a Class B misdemeanor. *See* 18 U.S.C. § 3559(a)(7).<br><br>**Count 7:** Act of Physical Violence in the Capitol Grounds or Buildings. *See* 40 U.S.C. § 5104(e)(2)(F). This is a Class B misdemeanor. *See* 18 U.S.C. § 3559(a)(7).<br><br>**Count 8:** Parading, Picketing, and Demonstrating in a Capitol Building. *See* 40 U.S.C. § 5104(e)(2)(G). This is a Class B misdemeanor. *See* 18 U.S.C. § 3559(a)(7). |

| **Penalties:** | **Count 1:** Not more than 8 years of imprisonment, a fine of $250,000, or both. *See* 18 U.S.C. §§ 111(a), 3571(b)(3). |
| --- | --- |
| | **Count 2:** Not more than 5 years of imprisonment, a fine of $250,000, or both. *See* 18 U.S.C. §§ 231(a), 3571(b)(3). |
| | **Counts 3-5:** Not more than 1 year of imprisonment, a fine of $100,000, or both. *See* 18 U.S.C. §§ 1752(a), 1752(b)(2), and 3571(b)(5). |
| | **Counts 6-8:** Not more than 6 months of imprisonment, a fine of $5,000, or both. *See* 40 U.S.C. § 5109(b) and 18 U.S.C. § 3571(b)(6). |
| **Supervised Release:** | **Counts 1-2:** Not more than 3 years. *See* 18 U.S.C. § 3583(b)(2). |
| | **Counts 3-5:** Not more than 1 year. *See* 18 U.S.C. § 3583(b)(3). |
| | ***Counts 6-8** may result in not more than 5 years of probation. *See* 18 U.S.C. § 3561(c)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1-2:** Not more than 2 years of imprisonment. *See* 18 U.S.C. § 3583(e). |
| | **Counts 3-5:** Not more than 1 year of imprisonment. *See* 18 U.S.C. § 3583(e). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1-2:** Not more than 3 years, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(h). |
| | **Counts 3-5:** Not more than 1 year, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBA |
| **Primary Investigative Agency and Case Agent Name:** | FBI |

| **Detention Status:** | Federal custody. |
|---|---|
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Offense occurred in Washington, D.C. |
| **AUSA:** | Nicholas Heimbach (District of Maine proceedings) |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution?** | No |
| **Assessments:** | **Counts 1 and 2**: $100 per count. *See* 18 U.S.C. § 3013(a)(2)(A).<br><br>**Counts 3-5:** $25 per count. *See* 18 U.S.C. § 3013(a)(1)(A)(iii).<br><br>**Counts 6-8:** $ 10 per count. *See* 18 U.S.C. § 3013(a)(1)(A)(ii). |