OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Christa K. Berry, Clerk

Edward T. Gignoux U.S.
Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356



Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

August 22, 2023

Angela D. Caesar, Clerk of Court
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, DC 20001

RE: USA v. MATTHEW BRACKLEY
    2:23-mj-00203-KFW (Maine)
    1:23-mj-00171-RMM (District of Columbia)

Dear Clerk Caesar:

On July 21, 2023 the above defendant appeared in the District of Maine for a Rule 5 hearing and was released on a PR bond with conditions. He then appeared via video in your court on August 1, 2023 whereby an Order Setting Conditions of Release issued (ECF 8) requiring the defendant to surrender his passport to the District of Maine. On August 4, 2023 the defendant surrendered his passport here in the District of Maine.

Enclosed please find the passport for you to retain with his pending case in your district. Kindly acknowledge receipt of the same using the SASE enclosed.

If you have any questions please do not hesitate to contact the Clerk's Office in Portland, Maine.

                Sincerely,
                CHRISTA K. BERRY, CLERK

                By: Lauren Bearor    *Lauren Bearor*
                Case Manager

cc: Maine counsel of record via ECF notification
    Maine USPO via email

Enclosure: passport #642238640 issued to Matthew Robert Brackley