AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2023 AUG 28 P 12: 56
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00171 |
| Matthew Brackley | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 7/17/2023 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Matthew Brackley,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. § 231(a)(3) - Civil Disorder
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building

Date: 07/17/2023

2023.07.17
11:23:02 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/17/23, and the person was arrested on *(date)* 7/21/23
at *(city and state)* Waldoboro, ME

Date: 7/21/23

Cody Fowler on behalf of Kurt Ornberg
*Arresting officer's signature*

DUSM Cody Fowler
*Printed name and title*